1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVELLOUS A. GREENE, aka Marvellous Afrikan Warrior,<br><br>　　　　　　Petitioner,<br><br>　　　vs.<br><br>CLARK DUCART, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-0864-DDP (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Dismissing Petition and Administratively Closing Case,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 26, 2015

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE